FILED
2022 May-18 PM 01:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 18, 2022

Clerk - Northern District of Alabama
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 21-11446-AA
Case Style: Stephanie Davis v. Infinity Insurance Co, et al
District Court Docket No: 2:15-cv-01111-JHE

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-11446

_____

STEPHANIE DAVIS,

                                        Plaintiff-Appellant,

*versus*

INFINITY INSURANCE CO,
INFINITY PROPERTY AND CASUALTY CORP,
ROBIN ADAMS,
in his capacity as Plan Administrator and Trustee of
Infinitys Profit Sharing Bonus Plan,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:15-cv-01111-JHE

_____

ISSUED AS MANDATE 05/18/2022

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 19, 2022

For the Court: DAVID J. SMITH, Clerk of Court